**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In Re:

Q5 PROPERTIES, LLC,

Debtor.
_______________________________________/

Case No. 14-37542-RAM
Chapter 11

## JOINT MOTION TO DISMISS CASE

Secured Creditor, NE 4th Court Loans, LLC, joined by Debtor, Q5 PROPERTIES, LLC., joined by interested party, Total Bank, by and through their respective undersigned counsel, hereby move this Court for an order dismissing this case with prejudice for two years. In connection herewith the Debtor shall file an affidavit of disbursements within three business days and shall pay the US Trustee fees through 12/31/2015, disbursements maybe estimated to the end of the current quarter.

In support hereof, the Parties represent that they have reached a confidential settlement of all disputes in this case and the remaining claims are nominal and are within the ability of the Debtor to deal with without the protection of Chapter 11. This dismissal is in the best interest of the Debtor and the creditors.

Dated: December 14th, 2015

**ROTH & SCHOLL**
Co-Counsel for Plaintiff
866 South Dixie Highway
Coral Gables, FL 33146
T: (305) 662-4141
F: (305) 662-3816

By: _/s/_______________
Jeffrey C. Roth, Esq.,
Email: jeff@rothandscholl.com

-and-

**MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.**
Co-Counsel for Plaintiff
101 NE Third Avenue, Suite 1210
Fort Lauderdale, Florida 33301
T: (954) 767-0030
F: (954) 767-0035

By:*/s/ Grace E. Robson*
GRACE E. ROBSON
Fla. Bar No.: 0178063
grobson@mrthlaw.com

/s/ Scott Alan Orth, Esq.
SCOTT ALAN ORTH, ESQ.
Florida Bar No. 436313
*Attorney for Debtors*

**PEREZ & RODRIGUEZ, P.A.**
95 Merrick Way, Suite 600
Coral Gables, FL 33134
Tel: (305) 667-9878
Fax: (305) 667-9657

By: /s/ *Johanna Castellon Vega*
**JOHANNA CASTELLON-VEGA**
Fla. Bar No. 58345
jcastellon-vega@prmiamilaw.com